| Information to identify the case: | | |
|---|---|---|
| Debtor | **Bella Logistics LLC**<br>Name | EIN **46–1696415** |
| United States Bankruptcy Court **Western District of Texas**<br>Case number: **17–50913–cag** | | Date case filed for chapter **11** **4/19/17** |

Official Form 309F (For Corporations or Partnerships)

# Notice of Chapter 11 Bankruptcy Case 12/15

**For the debtor listed above, a case has been filed under chapter 11 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from the debtor by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

Confirmation of a chapter 11 plan may result in a discharge of debt. A creditor who wants to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadline specified in this notice. (See line 11 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's full name** | Bella Logistics LLC | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 920 S. Main St.<br>Boerne, TX 78006 | |
| 4. | **Debtor's attorney**<br>Name and address | Morris E. "Trey" White III<br>Villa & White LLP<br>1100 NW Loop 410, Suite 700<br>San Antonio, TX 78213 | Contact phone (210) 225–4500<br><br>Email: treywhite@villawhite.com |
| 5. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at www.pacer.gov. See Court website for electronic filing information: www.txwb.uscourts.gov. | 615 E. HOUSTON STREET, ROOM 597<br>SAN ANTONIO, TX 78205 | Hours open Monday – Friday 8:00 AM – 4:00 PM<br><br>Contact phone (210) 472–6720<br><br>Date: 4/20/17 |
| 6. | **Meeting of creditors**<br>The debtor's representative must attend the meeting to be questioned under oath.<br>Creditors may attend, but are not required to do so. | **May 15, 2017 at 08:30 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**San Antonio Room 333, U.S. Post Office Bldg., 615 E. Houston St., San Antonio, TX 78205** |

**For more information, see page 2 >**

| | | |
|---|---|---|
| 7. | **Proof of claim deadline** | **Deadline for filing proof of claim: 8/14/17**<br><br>For a governmental unit: Provided in Fed. R. Bankr. P. 3002 (c)(1)): *not later than 180 days after the date of the order for relief.*<br><br>A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br><br>Your claim will be allowed in the amount scheduled unless:<br><br>- your claim is designated as *disputed*, *contingent*, or *unliquidated*;<br>- you file a proof of claim in a different amount; or<br>- you receive another notice.<br><br>If your claim is not scheduled or if your claim is designated as *disputed*, *contingent*, or *unliquidated*, you must file a proof of claim or you might not be paid on your claim and you might be unable to vote on a plan. You may file a proof of claim even if your claim is scheduled.<br><br>You may review the schedules at the bankruptcy clerk's office or online at www.pacer.gov.<br><br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits a creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. |
| 8. | **Exception to discharge** | You must start a judicial proceeding by filing a complaint if you want to have a debt excepted from discharge under 11 U.S.C. § 1141(d)(6)(A). |
| 9. | **Creditors with a foreign address** | If you are a creditor receiving notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |
| 10. | **Filing a Chapter 11 bankruptcy case** | Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the property and may continue to operate its business. |
| 11. | **Discharge of debts** | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See 11 U.S.C. § 1141(d). A discharge means that creditors may never try to collect the debt from the debtor except as provided in the plan. If you want to have a particular debt owed to you excepted from the discharge under 11 U.S.C. § 1141(d)(6)(A), you must start a judicial proceeding by filing a complaint and paying the filing fee in the bankruptcy clerk's office by the deadline. |

```
                           United States Bankruptcy Court
                            Western District of Texas
In re:                                                            Case No. 17-50913-cag
Bella Logistics LLC                                               Chapter 11
      Debtor                      CERTIFICATE OF NOTICE
District/off: 0542-5      User: gomezb            Page 1 of 1         Date Rcvd: Apr 20, 2017
                          Form ID: 309F           Total Noticed: 17
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 22, 2017.
```
db             +Bella Logistics LLC,    920 S. Main St.,    Boerne, TX 78006-2646
17040086       +Agri-Empresa,    6001 W. Industrial Avenue,    Midland, TX 79706-2841
17040087       +Attorney General of the United States,    Main Justice Bldg; Room 5111,
                 10th and Constitution Ave. NW,    Washington, D.C. 20530-0001
17040088       +BCS FLUIDS,    PO BOX 1120,    Mandeville, LA 70470-1120
17040090       +Bulk Transfer,    5474 Cypress Ct.,    Midland, TX 79707-1508
17040091       +Caldwell-Baker Company,    PO Box 226,    Gardner, KS 66030-0226
17040092       +Eric Terry,    Eric Terry Law PLLC,    4040 Broadway, Ste 350,    San Antonio, TX 78209-6375
17040094       +Jordan Sands,    1710 Roe Crest Drive,    North Mankato, MN 56003-1806
17040095       +Mark W. Kiehne,    Mark Kiehne PLLC,    26550 White Eagle Dr.,    San Antonio, TX 78260-6435
17040096       +Mascoutin Heights Leasing Co, LLC,    PO Box 129,    Berlin, WI 54923-0129
17040097        Muskie Proppants LLC,    c/o John T. Richer,    Hall, Estill, Hardwick, Gable, Golden, &,
                 320 South Boston Avenue, Suite 200,    Tulsa, OK 74103-3708
17040098       +Pat & Lynn Investments,    PO Box 129,    Berlin, WI 54923-0129
17040099        U.S. Department of Justice,    U.S. Attorney Texas - Western,    Attn: Bankruptcy,
                 601 NW Loop 410, Suite 600,    San Antonio, TX 78216-5512
17040100       +Union Pacific,    3624 Collections Center Drive,    Chicago, IL 60693-0036
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty             E-mail/Text: treywhite@villawhite.com Apr 20 2017 22:59:38      Morris E. "Trey" White, III,
                 Villa & White LLP,    1100 NW Loop 410, Suite 700,    San Antonio, TX  78213
ust             E-mail/Text: USTPRegion07.SN.ECF@usdoj.gov Apr 20 2017 23:00:07
                 United States Trustee - SA12,    US Trustee's Office,    615 E Houston, Suite 533,   PO Box 1539,
                 San Antonio, TX  78295-1539
17040093        EDI: IRS.COM Apr 20 2017 22:58:00      Internal Revenue Service,    300 E. 8th St. STOP5026AUS,
                 Special Procedures- Insolvency,    Austin, TX 78701
                                                                                              TOTAL: 3

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
17040089*      +Bella Logistics LLC,    920 S. Main St.,    Boerne, TX 78006-2646
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 22, 2017                                    Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 20, 2017 at the address(es) listed below:
```
              Morris E. "Trey" White, III    on behalf of Debtor    Bella Logistics LLC treywhite@villawhite.com,
               ecfnotices@villawhite.com;bankruptcysa@gmail.com
              United States Trustee - SA12    USTPRegion07.SN.ECF@usdoj.gov
                                                                                             TOTAL: 2
```