# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | | |
|---|---|---|
| **In re:** | § | **Chapter 11** |
| | § | |
| **BELLA LOGISTICS LLC,** | § | **Case No. 17-50913-cag** |
| Debtor. | § | |
| | § | |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

PLEASE TAKE NOTICE that Eric Terry Law PLLC hereby files this Entry of Appearance and Request for Notice as co-counsel for Muskie Proppant LLC, pursuant to Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), requests that all notices given or required to be given, and all papers served in this case, be delivered to and served upon the following at the address listed below, and that the following be added to the general matrix and all special or limited matrices in this matter.

All motions, pleadings, notices, applications and other papers should be served upon:

Eric B. Terry
ERIC TERRY LAW, PLLC
4040 Broadway, Suite 350
San Antonio, Texas 78209
Direct telephone: (210) 468-8274
Direct fax: (210) 319-5447
E-mail: eric@ericterrylaw.com

And

Steven W. Soulé
John T. Richer
HALL ESTILL
1320 S. Boston Avenue, Suite 200
Tulsa, Oklahoma 74103
Telephone: (918) 594-0466
Fax: (918) 594-0505
E-mail: ssoule@hallestill.com

Dated: April 25th, 2017,

ERIC TERRY LAW, PLLC  
4040 Broadway, Suite 350  
San Antonio, Texas 78209  
Telephone: (210) 468-8274  
Facsimile: (210) 319-5447  

/s/ *Eric B. Terry*
Eric B. Terry
State Bar No. 00794729

ATTORNEYS FOR MUSKIE PROPPANT LLC

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing was served, in accordance with the Federal Rules of Bankruptcy Procedure, via email upon the parties that receive electronic notice in this case pursuant to the Court's ECF filing system on this 25th day of April, 2017.

/s/ *Eric B. Terry*
Eric B. Terry