# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| BELLA LOGISTICS LLC | § | CASE NO. 17-50913 |
| | § | (Chapter 11) |
| Debtor | § | |

## DEBTOR'S MOTION FOR ENLARGEMENT OF TIME TO FILE DEBTOR'S SCHEDULES AND STATEMENTS OF FINANCIAL AFFAIRS

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

Now Comes, Bella Logistics LLC ("Debtor") and files this motion seeking to enlarge the time period for filing its Schedules and Statements of Financial Affairs (the "Schedules and Statements") would show the Court as follows:

**I.**

This Court has jurisdiction and venue over the subject matter of this Application pursuant to 28 U.S.C. §§157 and 1334, the Standing Order of Reference of the United States District Court for the Western District of Texas, and 11 U.S.C. §§ 327(a) and 328(a). This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A). Venue of this Chapter 11 case is proper pursuant to 28 U.S.C §§1408 and 1409.

**II.**

On April 19, 2017 Debtor filed a Voluntary Petition under Chapter 11 of Title 11 of the Bankruptcy Code. Attached to Debtor's Petition was a mailing list creditors as required by

Bankruptcy Rule 1007(a)(1). Debtors' schedules and statements were not attached to the Petition. Pursuant to Bankruptcy Rule 1007, Debtors' schedules and statement are due on May 3, 2017. However, Debtor and the undersigned counsel have not been able to meet to review the Schedules and Statements. Debtor and Counsel were scheduled to meet today. However, a personal matter has arisen for Counsel and he will not be available to meet this afternoon. Debtor is therefore requesting an extension of the deadline to files its Schedules and Statement until May 8, 2017.

## III.

This motion is made pursuant to Bankruptcy Rule 9006(b) which authorizes the court to enter an order enlarging the time for a party to perform a required act if such failure to do so was the result of excusable neglect. It is Debtor's position that the scheduling problems and Counsel's personal matter constitute excusable neglect and, therefore, an extension of the time period requested herein is justified. Furthermore, no party would be prejudiced by the court granting Debtor the relief requested. The §341 meeting for this case has set for May 15, 2017. By filing the schedules and statements on or before May 8, 2017, all creditors should have sufficient time, at least seven days, to review the schedules and statements in order to prepare for the §341 meeting.

For the foregoing reasons, Debtor requests the Court grant its motion for an enlargement of time to file the Schedules and Statements until May 8, 2017. Debtor's request for an enlargement of the deadline to file the schedules and statements is not sought for the purpose of delay, but only so that justice may be done.

Respectfully submitted,

Villa & White LLP

__/s/ Morris E. "Trey" White III_____

Morris E. "Trey" White III
Texas State Bar No. 24003162
1100 NW Loop 410 #700,
San Antonio, Texas 78213
Tel: (210) 225-4500
Fax: (210) 212-4649

ATTORNEY FOR DEBTOR

## CERTIFICATE OF SERVICE

I hereby certify that on May 3, 2017, a true and correct copy of the above and foregoing document was served on the parties listed on the attached creditor's matrix pursuant to Bankruptcy Rule 9013.

                                                    */s/ Morris E. "Trey" White III*
                                                  Morris E. "Trey" White III