**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**



**Dated: May 04, 2017.**

_____
**CRAIG A. GARGOTTA
UNITED STATES BANKRUPTCY JUDGE**

_____

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| BELLA LOGISTICS LLC | § | CASE NO. 17-50913 |
| | § | (Chapter 11) |
| Debtor | § | |

### ORDER GRANTING DEBTOR'S MOTION FOR ENLARGEMENT OF TIME TO FILE DEBTOR'S SCHEDULES AND STATEMENTS OF FINANCIAL AFFAIRS

On this day the Court considered Debtor's Motion for Enlargement of Time to File Debtor's Schedules and Statements of Financial Affairs. After a review of the pleadings, the Court finds that the motion is well taken and should be granted.

It is hereby **ORDERED, ADJUDGED AND DECREED** that the Debtor's Motion for Enlargement of Time to File Debtor's Schedules and Statements of Financial Affairs is granted and the time for Debtor to file its schedules and statements is extended to May 8, 2017.

###

Prepared by:
Morris E. "Trey" White III
1100 NW Loop 410 #700,
San Antonio, Texas 78213
Tel:     (210)  225-4500
Fax:    (210)  212-4649