# UNITED STATES BANKRUPTCY COURT
## *Western District of Texas*
**615 E. HOUSTON STREET, ROOM 597**
**SAN ANTONIO, TX 78205**
YVETTE M. TAYLOR  
CLERK OF COURT  

*(210) 472−6720*

**DATE:** May 9, 2017

Morris E. "Trey" White, III  
Villa & White LLP  
1100 NW Loop 410, Suite 700  
San Antonio, TX 78213  

**RE: Declaration for Electronic Filing**
   Bankruptcy Case No.:   **17−50913−cag**
   Case Style:   Bella Logistics LLC

Dear Mr. White :

The original signed Declaration for Electronic Filing, due on 04/26/17 has not been received by the Clerk's Office for the filing of:

*1* − Voluntary Petition under Chapter 11 (Non−Individual) Without Schedules, Without Statement of Financial Affairs, Without Attorney Disclosure of Compensation ( Filing Fee: $ 1717, ) filed by Bella Logistics LLC. −Declaration for Electronic Filing due by 04/26/2017 (White, Morris)

Please submit the original Declaration for Electronic Filing immediately. If the Declaration of Electronic Filing is not received by **May 23, 2017**, as to any original petition, matrix, statement and schedules, this case will be dismissed by the court and that, as to any amended petition, statement, schedule or matrix, the amendment(s) will be stricken by the Court.

Yvette M. Taylor  
Clerk, U. S. Bankruptcy Court  

BY: Rachel C. Hernandez

cc: Debtor(s), Trustee

903 San Jacinto, Suite 322  
Austin, Texas 78701  
(512) 916−5237  

511 E. San Antonio Avenue, Suite 444  
El Paso, Texas 79901  
(915) 779−7362  

800 Franklin Avenue, Suite 140  
Waco, Texas 76701  
(254) 750−1513  

[Declaration Due Letter] [LtrDclrdu]