# UNITED STATES BANKRUPTCY COURT
## Western District of Texas
**615 E. HOUSTON STREET, ROOM 597**
**SAN ANTONIO, TX 78205**

*YVETTE M. TAYLOR*     *(210) 472–6720*
*CLERK OF COURT*

**DATE:** May 9, 2017

**Morris E. "Trey" White, III**
**Villa & White LLP**
**1100 NW Loop 410, Suite 700**
**San Antonio, TX 78213**

**RE: Declaration for Electronic Filing**
       Bankruptcy Case No.: **17–50913–cag**
       Case Style: Bella Logistics LLC

Dear Mr. White :

The original signed Declaration for Electronic Filing, due on 04/26/17 has not been received by the Clerk's Office for the filing of:

*1* – Voluntary Petition under Chapter 11 (Non–Individual) Without Schedules, Without Statement of Financial Affairs, Without Attorney Disclosure of Compensation ( Filing Fee: $ 1717, ) filed by Bella Logistics LLC. –Declaration for Electronic Filing due by 04/26/2017 (White, Morris)

Please submit the original Declaration for Electronic Filing immediately. If the Declaration of Electronic Filing is not received by **May 23, 2017**, as to any original petition, matrix, statement and schedules, this case will be dismissed by the court and that, as to any amended petition, statement, schedule or matrix, the amendment(s) will be stricken by the Court.

                                               Yvette M. Taylor
                                               Clerk, U. S. Bankruptcy Court

                                               BY: Rachel C. Hernandez

cc: Debtor(s), Trustee

| | | |
|---|---|---|
| 903 San Jacinto, Suite 322 | 511 E. San Antonio Avenue, Suite 444 | 800 Franklin Avenue, Suite 140 |
| Austin, Texas 78701 | El Paso, Texas 79901 | Waco, Texas 76701 |
| (512) 916–5237 | (915) 779–7362 | (254) 750–1513 |

[Declaration Due Letter] [LtrDclrdu]

In re:  
Bella Logistics LLC  
    Debtor

Case No. 17-50913-cag  
Chapter 11

## CERTIFICATE OF NOTICE

District/off: 0542-5    User: hernandez    Page 1 of 1    Date Rcvd: May 09, 2017  
Form ID: 234    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 11, 2017.  
db      +Bella Logistics LLC,    920 S. Main St.,    Boerne, TX 78006-2646

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

     ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 11, 2017      Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 9, 2017 at the address(es) listed below:  
     Eric Terry    on behalf of Creditor    Muskie Proppant LLC eric@ericterrylaw.com  
     Morris E. "Trey" White, III    on behalf of Debtor    Bella Logistics LLC treywhite@villawhite.com, ecfnotices@villawhite.com;bankruptcysa@gmail.com  
     United States Trustee - SA12    USTPRegion07.SN.ECF@usdoj.gov  
     TOTAL: 3