**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: May 12, 2017.**



_____
CRAIG A. GARGOTTA
UNITED STATES BANKRUPTCY JUDGE

_____

# UNITED STATES BANKRUPTCY COURT
## Western District of Texas
## San Antonio Division

IN RE: **Bella Logistics LLC** , Debtor(s)     Case No.: 17–50913–cag
                                               Chapter No.: 11

### ORDER DISMISSING PLEADING FOR LACK OF COMPLIANCE WITH LOCAL RULES FOR FORMAT OF PLEADINGS

CAME ON for consideration the following pleading:

#6 Application of John T. Ticher For Pro Hace Vice Admission

Upon consideration thereof, the court notes that the pleading is deficient in the following respects:

☐ The pleading does not include the signer's mailing address, telephone number and area code.

☐ The filing is not accompanied by the requisite form of notice.

☑ The pleading lacks the appropriate certificate of service.

☐ The filing states an incorrect time for notice to file objections, see BK Local Rule 9014(a) revised 11/1/2013.

☐ The filing states an incorrect time for notice to file objections, see BK Local Rule 4001(a)(2) regarding motions for relief from stay as revised 11/1/2013.

☐ The pleading lacks the appropriate certificate of conference pursuant to Rules 9014(e) and 9014(f).

☐ The pleading lacks the proposed form of order attached as an exhibit to the motion, see L. Rule 9013 (b) revised 11/1/2013.

☐ The pleading lacks the separately uploaded proposed order, see L. Rule 9013 (b) revised 11/1/2013.

☐ The filing does not comply with the Official Bankruptcy Forms changes effective December 1, 2015. The new forms and conversion charts may be viewed at: TXWB web site .

☑ Other(describe): See Local Rule 9013(c)(2)

The court concludes that the pleading should be dismissed without prejudice to its refiling. So **ORDERED**.

###