Matthew T. Taplett
State Bar No. 24028026
Pope, Hardwicke, Christie, Schell,
  Kelly & Taplett, L.L.P.
500 W. 7th Street, Suite 600
Fort Worth, Texas 76102
Telephone No.: (817) 332-3245
Facsimile No.: (817) 877-4781
ATTORNEYS FOR MASCOUTIN
  HEIGHTS LEASING COMPANY, LLC
  AND PAT & LYNN INVESTMENTS, LLC

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| IN RE: § | |
| § | CASE NO. 17-50913-CAG |
| BELLA LOGISTICS LLC, § | |
| § | CHAPTER 11 |
| DEBTOR. § | |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE THAT, pursuant to Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure, MASCOUTIN HEIGHTS LEASING COMPANY, LLC and PAT & LYNN INVESTMENTS, LLC, creditors and parties-in-interest herein, request that all notices given or required to be given in this case and all papers served or required to be served in this case be given to and served upon the following:

    Matthew T. Taplett, Esq.
    Pope, Hardwicke, Christie, Schell, Kelly & Taplett, L.L.P.
    500 West 7th Street, Suite 600
    Fort Worth, Texas 76102

Date: May 18, 2017                                    Respectfully submitted,

                                                                         POPE, HARDWICKE, CHRISTIE, SCHELL,
                                                                           KELLY & TAPLETT, L.L.P.


                                                                   By:     /s/  Matthew T. Taplett
                                                                           Matthew T. Taplett
                                                                           State Bar No. 24028026

                                                   500 W. 7th Street, Suite 600
                                                   Fort Worth, Texas  76102
                                                   Telephone No. (817) 332-3245
                                                   Facsimile No.  (817) 877-4781
                                                   E-mail:  mtaplett@popehardwicke.com

                                                   ATTORNEYS FOR MASCOUTIN HEIGHTS
                                                   LEASING COMPANY, LLC and PAT & LYNN
                                                   INVESTMENTS, LLC


## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 18th day of May, 2017, a true and correct copy of this document was served electronically via the Court's ECF system, or by U.S. first class mail, postage prepaid, on:

| | |
|---|---|
| Morris E. "Trey" White, III | Eric B. Terry |
| Villa & White LLP | Eric Terry Law, PLLC |
| 1100 NW Loop 410, Suite 700 | 4040 Broadway, Suite 350 |
| San Antonio, TX  78213 | San Antonio, TX  78209 |

Steven W. Soulé
Hall Estill
1320 S. Boston Avenue, Suite 200
Tulsa, OK  74103



                                                                    /s/ Matthew T. Taplett
                                                                    Matthew T. Taplett