**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: May 18, 2017.**



_____
**CRAIG A. GARGOTTA
UNITED STATES BANKRUPTCY JUDGE**

_____

**UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **In re:** § | | **Chapter 11** |
| § | | |
| **BELLA LOGISTICS LLC,** § | | **Case No. 17-50913-cag** |
| Debtor. § | | |
| § | | |

**ORDER APPROVING EX PARTE MOTION OF
JOHN T. RICHER FOR ADMISSION *PRO HAC VICE***

Came on for consideration the Ex Parte Motion of John T. Richer for Admission Pro Hac Vice (the "Motion")[1]. The Court determines that the Motion should be granted as set forth herein.

**IT IS, THEREFORE ORDERED** that the Motion is hereby granted; and

**IT IS FURTHER ORDERED** that John T. Richer is admitted *pro hac vice* in the above-styled and numbered bankruptcy case to represent Muskie Proppant LLC, in the above-styled and numbered case; and

**IT IS FURTHER ORDERED** that this order shall not be considered admission to practice generally before this Court or the U.S. District Court for the Western District of Texas.

---

[1] Terms not herein defined, shall have the same meaning as assigned to them in the Motion.

# # #

**Submitted by:**

Eric B. Terry, State Bar No. 00794729
ERIC TERRY LAW, PLLC
4040 Broadway, Suite 350
San Antonio, Texas 78209
Telephone: (210) 468-8274
Facsimile: (210) 319-5447
eric@ericterrylaw.com
*ATTORNEYS FOR MUSKIE PROPPANT LLC*

AND

John T. Richer, Oklahoma Bar No. 19554
HALL, ESTILL, HARDWICK, GABLE,
GOLDEN & NELSON, P.C.
320 S. Boston Avenue, Suite 200
Tulsa, Oklahoma 74103-3706
Telephone: (918) 594-0612
Fax: (918) 594-0505
E-mail: jricher@hallestill.com
*ATTORNEYS FOR MUSKIE PROPPANT LLC*